

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: UNITED STATES OF AMERICA; et al. _____ UNITED STATES OF AMERICA; et al., Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, Respondent, REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al., Real Parties in Interest. | No. 17-72917 D.C. Nos. 3:17-cv-05211-WHA 3:17-cv-05235-WHA 3:17-cv-05329-WHA 3:17-cv-05380-WHA 3:17-cv-05813-WHA Northern District of California, San Francisco ORDER |

Before: GOULD and WATFORD, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, no later than Tuesday, October 24, 2017 at 9:00 a.m. PST, the real parties in interest shall file an answer to the mandamus petition and the request for an administrative stay. The real parties in interest are encouraged to join in a single brief to the greatest extent practicable.

SMR/MOATT

2

No later than Tuesday, October 24, 2017 at 9:00 a.m. PST, the district court may also address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court.

Petitioners may file a reply no later than Wednesday, October 25, 2017 at 9:00 a.m. PST.

The Clerk shall serve this order on the district court and District Judge William Alsup.