| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 24 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: UNITED STATES OF AMERICA; et al.

_____

UNITED STATES OF AMERICA; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,

        Real Parties in Interest.

No. 17-72917

D.C. Nos.  3:17-cv-05211-WHA
              3:17-cv-05235-WHA
              3:17-cv-05329-WHA
              3:17-cv-05380-WHA
              3:17-cv-05813-WHA
Northern District of California,
San Francisco

ORDER

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

      Petitioners' emergency request to stay discovery and record supplementation in the district court pending the resolution of this petition for writ of mandamus is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). This stay is limited in scope and does not apply to all proceedings before the district court. The parties may continue to file motions to dismiss or motions for provisional relief before the district court during the pendency of this petition for writ of mandamus.

ELF/MOATT